UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOMESTAR RESTAURANT GROUP, LLC
d/b/a HEMINGWAY'S ISLAND GRILL,

    Plaintiff,

v.

INTERSTATE FIRE & CASUALTY
COMPANY, INDEPENDENT SPECIALTY
INSURANCE COMPANY, and CERTAIN
UNDERWRITERS AT LLOYDS, LONDON,

    Defendants.

Case No. 3:22-9609

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's Order, Defendants, INTERSTATE FIRE & CASUALTY COMPANY, INDEPENDENT SPECIALTY INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYDS, LONDON ("Defendants"), by and through its undersigned counsel, provide their Certificate of Interested Parties and Corporate Disclosure Statement and state as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- CERTAIN UNDERWRITERS AT LLOYD'S LONDON (CONSORTIUM #9226) ("Underwriters") is comprised of Syndicate

2357, which is 100% owned by Nephila Syndicate Holdings Ltd., and Syndicate Number 1458, which is 100% owned by RenaissanceRe Corporate Capital (UK) Limited.

- Nephila 2357 Ltd. is the sole member of Syndicate 2357. The parent corporation of Nephila 2357 Ltd. is Nephila Syndicate Holdings Ltd. The parent corporation of Nephila Syndicate Holdings Ltd. is Nephila Syndicate Holdings Purpose Trust.

- RenaissanceRe Corporate Capital (UK) Limited is the sole member of Syndicate 1458. The parent corporation of RenaissanceRe Corporate Capital (UK) Limited is Renaissance Reinsurance Ltd. The parent corporation of Renaissance Reinsurance Ltd. is RenRe Insurance Holdings Ltd. The parent corporation of RenRe Insurance Holdings Ltd is RenaissanceRe Specialty Holdings (UK) Limited. The parent corporation of RenaissanceRe Specialty Holdings (UK) Limited is RenaissanceRe Holdings Ltd., which is a publicly traded corporation on the New York Stock Exchange.

- INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation, is a wholly owned subsidiary of Fireman's Fund Insurance Company, a California corporation. Fireman's Fund Insurance Company is a wholly owned subsidiary of Allianz Global Risks US Insurance Company ("AGR US"). AGR US is a nongovernmental corporation, with its principal place of business in Chicago, Illinois. Allianz of America, Inc. is the parent corporation for AGR US and owns eighty percent of its voting stock. The

    remaining twenty percent of the AGR US voting stock is owned by AGCS International Holding B.V. Each of Allianz of America, Inc. and AGCS International Holding B.V. are wholly owned indirect subsidiaries of Allianz SE, a publicly traded company. Thus, Allianz SE indirectly owns 10% percent or more of the AGR US Stock.

- INDEPENDENT SPECIALTY INSURANCE COMPANY's parent company is United Specialty Insurance Company. The parent corporation of United Specialty Insurance Company is State National Insurance Company, Inc. The parent corporation of State National Insurance Company, Inc. is State National Intermediate Holdings, Inc. The parent corporation of State National Intermediate Holdings, Inc. is T.B.A. Insurance Group, Ltd.  The parent corporations of T.B.A. Insurance Group, Ltd. are SNC Financial GP, LLC and SNC Financial GP, LLC. The parent corporation of SNC Financial GP, LLC and SNC Financial GP, LLC is State National Companies, Inc. The parent company of State National Companies, Inc. is Markel Corporation, which is a publicly traded corporation on the New York Stock Exchange.

- Homestar Restaurant Group, LLC d/b/a Homingway's Island Grill, *Plaintiff*;

- Edward P. Fleming, Esq. and Matthew A. Bush, Esq., *Counsel for Plaintiff*

- Leading Edge Claims

- Roofr

- RR Restoration LLC

- Rimkus Consulting Group

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

**ANSWER:**

Defendant is unaware of any entity that is not already listed.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the twenty (20) largest unsecured creditors) in bankruptcy cases:

**ANSWER:**

Defendant is unaware of any entity that is not already listed.

4. The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**ANSWER:**

None other than the Plaintiff listed above, who has alleged damages.

5. Check one of the following:

**X**   a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated July 18, 2022.

                              Respectfully submitted,

                              */s/ Richard M. Singer*
                              **VINCENT P. BEILMAN, III, ESQ**
                              Florida Bar No. 23966
                              **RICHARD M. SINGER, ESQ.**
                              Florida Bar No. 96036
                              **WOOD, SMITH, HENNING & BERMAN LLP**
                              1501 S. Church Ave, Suite 200
                              Tampa, Florida 33629
                              Tel.: 813-422-6910
                              tmears@wshblaw.com
                              rsinger@wshblaw.com
                              klongo@wshblaw.com
                              *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing ***Defendants' Certificate Of Interested Parties And Corporate Disclosure Statement*** on all parties, via CM/ECF E-file portal as follows:

Edward P. Fleming, Esquire,
McDonald Fleming LLP
719 S Palafox Street
Pensacola, Florida 32502
flemingservice@pensacolalaw.com;
mabush@pensacolalaw.com;
bushservice@pensacolalaw.com;
asluberti@pensacolalaw.com;
*Counsel for Plaintiff*

Dated: July 18, 2022

*/s/ Richard M. Singer*
**RICHARD M. SINGER, ESQ.**